# Third District Court of Appeal

## State of Florida

Opinion filed September 29, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

Nos. 3D19-1979; 3D19-0387; 3D19-0055; 3D20-0121; 3D20-1025
Lower Tribunal Nos. 16-23188, 16-1054

————————

**702-13 Holdings, LLC, etc.,**
Appellant,

vs.

**Gotham Enterprises 702 L.C., etc., and**
**Oceanview Realty Group, LLC**
**and Oceanview Investment Property, LLC,**
Appellees.

Appeals from the Circuit Court for Miami-Dade County, Abby Cynamon and Martin Zilber, Judges.

Grossman Law Florida, LLC, and Alan Bryce Grossman, for appellant.

Akerman LLP, and Scott W. Rostock (Ft. Lauderdale), and Dana A. Clayton, and Nancy A. Copperthwaite; The Bernstein Law Firm, and Michael I. Bernstein and Matthew A. Savino, for appellees.

Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.